**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., ) | CASE NO.:  CV 10-7316-GW(RCx) |

BRIGHTON COLLECTIBLES, INC.,  )   CASE NO.:  CV 10-7316-GW(RCx)
                  )
                  )
        *Plaintiff,*  )   **ORDER DISMISSING ACTION WITH PREJUDICE**
                  )
    vs.                )
                  )
TRANSCONTINENTAL )
INSURANCE COMPANY, et al.,  )
                  )
                  )
        *Defendants.*  )
                  )

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action, is dismissed, with prejudice and all claims raised herein.

DATED: July 11, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1